IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSE OLIVEIRA-COUTINHO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SCOTT FRAKES, Director of ) <br> Nebraska Dept of Correctional ) <br> Services, sued in individual & official ) <br> capacities, BRIAN GAGE, Warden of ) <br> Tecumseh State Correctional ) <br> Institution, sued in individual & ) <br> official capacities, and PATTI ) <br> HUGHES, Legal Coordinator (TSCI ) <br> Librarian) for Tecumseh State ) <br> Correctional Institution, sued in ) <br> individual & official capacities, ) <br> ) <br> Defendants. ) <br> ) | 4:15CV3159 <br><br> **ORDER** |

After consideration of Plaintiff's motion (Filing No. 15) for an extension of time to comply with the court's June 1, 2016, order (Filing No. 14) directing that service of process be completed within 120 days,

IT IS ORDERED:

1. Plaintiff's motion (Filing No. 15) for an extension of time to complete service of process is granted;

2. Plaintiff is granted 30 days from the date of this order to complete service of process in the manner described in the court's prior order (Filing No. 14); and

3. The clerk of the court is directed to set the following pro se case management deadline: November 4, 2016: check for completion of service of process.

DATED this 4th day of October, 2016.

>BY THE COURT:
>s/ *Richard G. Kopf*
>Senior United States District Judge