IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSE OLIVEIRA-COUTINHO, | |
| Plaintiff, | 4:15CV3159 |
| v. | |
| | **ORDER** |
| SCOTT FRAKES, et al., | |
| Defendants. | |

IT IS ORDERED:

1. Plaintiff's Motion for Extension of Time (Filing 31) to respond to Defendants' Motion to Dismiss (Filing 29) is granted;

2. Plaintiff's response to Defendants' Motion to Dismiss (Filing 29) shall be filed on or before April 17, 2017; and

3. Pursuant to NECivR 7.1(c), Defendants may reply to Plaintiff's response within seven days after Plaintiff files and serves his response.

DATED this 15th day of February, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge