IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSE OLIVEIRA-COUTINHO, | ) |
| Plaintiff, | ) 4:15CV3159 |
| v. | ) |
| | ) **ORDER** |
| SCOTT FRAKES, et al., | ) |
| Defendants. | ) |

IT IS ORDERED:

1. Plaintiff's Motion for Extension of Time (Filing No. 43) is granted.

2. The Order Setting Schedule for Progression of Case (Filing No. 38 ¶ 1) shall be amended to provide, "All interrogatories, requests for admission and requests for production or inspection, whether or not they are intended to be used at trial, shall be served on or before **July 10, 2017**."

DATED this 26th day of June, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge