IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSE OLIVEIRA-COUTINHO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SCOTT FRAKES, et al., ) <br> ) <br> Defendants. ) <br> ) | 4:15CV3159 <br><br> **ORDER** |

    IT IS ORDERED that Defendants' Motion (Filing No. 48) for Extension of Time to Respond to Motion for Discovery is GRANTED, and Defendants' deadline to respond and/or object to Plaintiff's discovery requests is extended to August 4, 2017.

    DATED this 19th day of July, 2017.

                                                  BY THE COURT:
                                                  s/ *Richard G. Kopf*
                                                  Senior United States District Judge