IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSE OLIVEIRA-COUTINHO, | ) | |
| | ) | |
| Plaintiff, | ) | 4:15CV3159 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| SCOTT FRAKES, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendants have filed a Motion to Extend Stay of Discovery (Filing No. 57) due to anticipated delay in filing a motion for summary judgment. Because this court has already stayed discovery "until further order of the court" (Filing No. 55 at CM/ECF p. 3), Defendants' motion was unnecessary. Nevertheless, Defendants' motion shall be granted.

IT IS ORDERED: Defendants' Motion to Extend Stay of Discovery (Filing No. 57) is granted, and discovery remains stayed until further order of the court.

DATED this 29th day of August, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge