IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSE OLIVEIRA-COUTINHO, | ) | |
| | ) | |
| Plaintiff, | ) | 4:15CV3159 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| SCOTT FRAKES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1. Plaintiff's Motion for Extension of Time (Filing No. 68) to respond to Defendants' Motion for Summary Judgment (Filing No. 63) is granted, and Plaintiff's response shall be filed on or before January 4, 2018;

2. Because this case has been pending for two years, and because Plaintiff has now been granted two extensions of time to respond to Defendants' Motion for Summary Judgment, no further extensions of time shall be granted; and

3. This matter is referred to Magistrate Judge Zwart for rescheduling of the Final Pretrial Conference, which is currently set for January 4, 2018.

DATED this 4th day of December, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge